IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **P.C.C. CONSTRUCTION COMPONENTS, INC.**<br>7600 Lindbergh Drive, Unit C<br>Gaithersburg, Maryland 20879<br><br>    Plaintiff,<br><br>v.<br><br>**GILBANE BUILDING COMPANY**<br>7 Jackson Walkway<br>Providence, Rhode Island 02903<br><br>    Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Gilbane Building Company ("Gilbane") hereby files this Notice of Removal and states as follows:

1. P.C.C. Construction Components, Inc. ("PCC") is the plaintiff in an original action filed in the Circuit Court for Prince George's County, Maryland, Case No. 3:14-cv-00212 (the "Action").

2. PCC is a Maryland corporation with its principal place of business located in Gaithersburg, Montgomery County, Maryland.

3. Gilbane is a Rhode Island corporation with its principal place of business located in Providence, Rhode Island.

4. Gilbane is the sole Defendant in the Action.

5. The Action involves claims for monetary damages in the amount of Two Hundred Nineteen Thousand Three Hundred Twenty-One and 15/100 Dollars ($219,321.15).

6. This Court has original jurisdiction to hear the Action pursuant to 28 U.S.C. § 1332 because there is diversity of corporate citizenship and the amount in controversy exceeds $75,000.

7. This Notice of Removal is filed in the United States District Court for the District of Maryland, Greenbelt Division, which encompasses the state court in which the Action is pending.

8. This Notice of Removal is filed within the time period for removing civil actions to federal court on the basis of diversity jurisdiction.

9. True and correct copies of the process, pleadings, and all orders served upon Gilbane in the Action are attached hereto as <u>Exhibit 1</u>.

10. A copy of this Notice of Removal and all attachments will be filed contemporaneously with the Clerk of the Circuit Court for Prince George's County, Maryland.

11. A copy of this Notice of Removal and all attachments will be served contemporaneously upon counsel for PCC in the Action.

Dated: September 30, 2014            Respectfully Submitted,

*[signature]*

Stephen M. Seeger, Esq. Bar No.: 8986
PECKAR & ABRAMSON, P.C.
2055 L Street, NW, Suite 750
Washington, D.C. 20036
Tel:  (202)-293-8815
Fax:  (202)-293-7994
      E-mail: seeger@pecklaw.com
**Counsel for Gilbane Building Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2014, the foregoing Notice of Removal and corresponding attachments were served upon the following via Federal Express and electronic mail:

> Donald H. Spence, Jr., Esq.
> GREENBURG & SPENCE, LLC
> 814 W. Diamond Avenue, Suite 320
> Gaithersburg, Maryland 20878
> gspence@gstlaw.com
> ***Counsel for P.C.C. Construction Components Inc.***

_____
Stephen M. Seeger